**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02502-REB-KLM

ROBERT C. NORRIS, individually and as Co-Trustee of the Robert C. Norris Trust
under Will Dated August 28, 1973,
JANE W. NORRIS,
STEVEN W. NORRIS, individually and as Co-Trustee of the Robert C. Norris Trust
under Will Dated August 28, 1973 and as Co-Trustee of the Robert Angell Norris 1972
Trust,
ROBERT A. NORRIS, individually and as Co-Trustee of the Steven W. Norris Trust
dated August 9, 1972,
LESLIE N. PENKHUS,
RAYMOND JAMES TRUST, N.A., as Trustee of the Robert C. Norris Trust under Trust
dated December 19, 1941, as Co-Trustee of the Steven W. Norris Trust dated August 9,
1972, as Co-Trustee of the Leslie Jane Norris (Penkhus) Trust dated August 9, 1972,
and as Co-Trustee of the Robert C. Norris Trust under Will dated August 28, 1973,
THE FROST NATIONAL BANK, as Co-Trustee of the Robert Angell Norris 1972 Trust,
and
CAROLE SONDRUP, as Co-Trustee of the Leslie Jane Norris (Penkhus) Trust dated
August 9, 1972,

      Plaintiffs,

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,
MERRILL LYNCH TRUST COMPANY,
MERRILL LYNCH TRUST COMPANY OF AMERICA,
BARRON R. SWANKY, and
JOHN DOES NOS. 1-99,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Joint Motion To Dismiss With Prejudice** [#40][1]

---

[1]"[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

filed October 14, 2011.  After reviewing the motion and the file, I conclude that the

motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Motion To Dismiss With Prejudice** [#40] filed October 14,

2011, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated October 17, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2